■ JAMES N. WERKHOVEN, Respondent, v JEAN J. GORMAN, Appellant. —In an action on a promissory note, in which a "judgment by confession" was entered in favor of plaintiff and against defendant, defendant appeals from an order of the Supreme Court, Suffolk County, dated July 9, 1975, which, after a hearing, denied her motion to vacate the said judgment. Order affirmed, with costs. The record amply supports the determination made. Latham, Acting P. J., Damiani, Hawkins and O'Connor, JJ., concur.

■ In the Matter of ABBOTT HOUSE, Appellant, v BARBARA J. et al., Respondents.—In a proceeding pursuant to section 384 of the Social Services Law and article 6 of the Family Court Act, the appeal is from an order of the Family Court, Kings County, dated February 13, 1976, which, after a hearing, *inter alia,* dismissed the petition and ordered that arrangements be made to discharge the child. Order reversed, without costs or disbursements, and proceeding remanded to the Family Court for a new hearing on the issue of the best interests of the infant (see *Matter of Bennett v Jeffreys,* 40 NY2d 543). Margett, Acting P. J., Rabin, Hawkins and Mollen, JJ., concur.